# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                              Plaintiff(s), <br>   vs. <br> $10,924.00 IN U.S. CURRENCY, <br>                              Defendant(s). | CASE NO. 15cv2021-LAB (JLB) <br><br> **ORDER STRIKING CLAIM** |

On October 19, claimant David Andrew Perez, who is represented by counsel, filed a verified claim. The claim was signed by Perez only, however, and not also signed by his counsel. Under Fed. R. Civ. P. 11(a). Specifically, that rule requires every pleading, written motion, or other paper to be signed by at least one attorney of record. Only if the party is unrepresented is the party's own signature sufficient under the rule. In the case of a verified complaint, both the party and counsel must sign. *See Business Guides, Inc. v. Chromatic Communications enterprises,* Inc., 498 U.S. 533, 542 (1991) (parsing Rule 11(a)'s signature requirements, and noting that both attorney and represented party were required to sign). See *also, e.g. Methode Electronics, Inc. v. Adam Technologies, Inc.*, 371 F.3d 923, 924 (7th Cir. 2004) (noting that verified complaint was signed both by plaintiff and by its counsel).

On October 20, the Court issued an order accepting the claim for filing, but ordering Perez's counsel to promptly correct the Rule 11 violation by either filing an amended claim

/ / /

or a supplement to the claim, adding the attorney's signature.  "If this is not promptly corrected," the order cautioned, "the claim will be stricken."

Since then Perez's counsel has filed nothing, and has taken no steps to correct the Rule 11 violation the Court drew his attention to.  Under Rule 11(a), "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."  Perez's claim (Docket no.5) is therefore **ORDERED STRICKEN** from the docket.

**IT IS SO ORDERED**.

DATED: February 24, 2016

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge